UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

UNITED STATES OF AMERICA )
)
V. ) CR 415-21
)
JASON CHRISTOPHER KENT )

## ORDER

Based on the government's motion, leave of court is granted for the dismissal without prejudice of the indictment in the above-referenced case.

So ORDERED, this 10th day of May, 2018.

_____
HON. WILLIAM T. MOORE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAY 10 AM 10: 37
CLERK_____
SO. DIST. OF GA.